**BARSHAY SANDERS, PLLC**
100 Garden City Plaza
Suite 500
Garden City, NY 11530
Tel: (516) 203-7600
Our File No: 114134
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Michelle Bergin, individually and on behalf of all those similarly situated,<br><br>Plaintiff,<br><br>-against-<br><br>Amsher Collection Services, Inc.,<br><br>Defendant. | Docket No: 2:18-cv-02588-JMA-SIL |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff and/or plaintiff's counsel, hereby give notice that the above captioned action is voluntarily dismissed with prejudice against the defendant.

Dated: June 22, 2018

Case closed.
SO ORDERED.
/s/ JMA, USDJ    6/26/2018

BARSHAY SANDERS, PLLC

By: __/s *Craig B. Sanders*__
Craig B. Sanders
100 Garden City Plaza, Suite 500
Garden City, New York 11530
Tel. (516) 203-7600
Email: *ConsumerRights@BarshaySanders.com*
Our File No: 114134
*Attorneys for Plaintiff*